UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

MARY ELLEN ANDERSON,           )
                               )
        Plaintiff,             )      Civil No. 17-221-JMH
                               )
V.                             )
                               )
ARTIS ANDERSON, et al.,        )         **MEMORANDUM OPINION**
                               )            **AND ORDER**
        Defendants.            )
                               )

                    ***   ***   ***   ***

Artis Anderson is a resident of Winchester, Kentucky.
Proceeding without an attorney, Anderson filed a three-page
"Notice of Removal" in which he apparently seeks to remove a civil
case from the Circuit Court in Clark County, Kentucky to this
Court. [R. 1] However, Anderson's Notice of Removal is legally
insufficient and, therefore, the Court will remand this case to
the Clark County Circuit Court.

As an initial matter, Anderson's submission does not comply
with the procedures for removal of civil actions. Indeed, Anderson
did not attach to his Notice of Removal "a copy of all process,
pleadings, and orders served upon" him, as required by 28 U.S.C.
§ 1446.

Plus, while Anderson claims that "[t]his Court has original
jurisdiction" [R. 1 at 2], he has not demonstrated in any clear
way that this Court actually does have subject matter jurisdiction

in this case. Instead, Anderson makes a series of inexplicable statements in which he suggests that the appointment of a guardian for his wife violated his "federal and international rights" including the Fourteenth Amendment, the "Universal Declaration of Human Rights," and the "International Covenant on Civil and Political Rights." [R. 1 at 1-2] As best as the Court can tell, this matter relates to a case that Anderson previously filed with this Court in which he challenged the validity of a state court order placing his spouse in guardianship; the Court dismissed that case for lack of jurisdiction. *See Anderson v. Wiley, et al.*, No: 5: 16-cv-034-DCR (E.D. Ky. 2016). Ultimately, Anderson is required to show that this Court has original jurisdiction, *see Eastman v. Marine Mech. Corp.*, 438 F.3d 544, 549 (6th Cir. 2006), and he has not met that burden.

In light of the foregoing deficiencies, it is **ORDERED** as follows:

1. This action is **REMANDED** to the Circuit Court in Clark County, Kentucky as it was improvidently removed.

2. The Clerk of the Court shall mail a certified copy of this Memorandum Opinion and Order to the Clerk of the Circuit Court of Clark County, Kentucky, referencing its case number, 17-CI-00133.

3. This action is **STRICKEN** from the active docket of this Court.

This 22nd day of May, 2017.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge